B 210A (Form 210A) (12/09)

FILED
FRONT COUNTER
2022 APR 18 AM 9:55
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia (Alexandria Division)

In re <u>Atlantic List Company, Inc.</u>, Debtor.       Case No. <u>19-13574</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Cedar Glade LP</u>                                            <u>iDisciple LLC</u>
    Name of Transferee                                    Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>17</u>
should be sent:                                 Amount of Allowed Claim Transferred: <u>$40,255.65</u>
                                                Date Claim Filed: <u>December 30, 2019</u>
Attn: Robert K. Minkoff, President              Debtor: <u>Atlantic List Company, Inc.</u>
600 Madison Ave, 17th Floor
New York, NY  10022


Phone:_____       Phone:_____
Last Four Digits of Acct #:_____    Last Four Digits of Acct. #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Robert K. Minkoff</u>                        Date: <u>April 15, 2022</u>
    Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

1

878377v.1 2653/00013

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **iDisciple LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to **Cedar Glade LP** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the Bankruptcy Code) in the allowed amount of $40,255.65 *(re Claim# 17)* against **Atlantic List Company, Inc.** (the "Debtor"), **Case No. 19-13574, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division)** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 14th DAY OF APRIL, 2022.

BY: iDISCIPLE LLC

_____
Name: David K. Henriksen
Title: President and CEO

BY: CEDAR GLADE LP

_____
Name: Robert K. Minkoff
Title: President

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **iDisciple LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigned to **Cedar Glade LP** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the Bankruptcy Code) in the allowed amount of **$40,255.65** *(re Claim# 17)* against **Atlantic List Company, Inc.** (the "Debtor"), **Case No. 19-13574, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division)** (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THE EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _____ DAY OF _____ 2022.


BY: **iDISCIPLE LLC**


_____
Name: David K. Henriksen
Title: President and CEO


BY: **CEDAR GLADE LP**


/s/ Robert K. Minkoff
Name: Robert K. Minkoff
Title: President