**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
<u>ALEXANDRIA DIVISION</u>**

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| ATLANTIC LIST COMPANY, INC. | Case No. 19-13574-BFK<br>Chapter 7 |
| Debtor<br>_____/ | Hon. Brian F. Kenney |

**NOTICE OF UNCLAIMED DIVIDENDS**

TO:   THE CLERK OF THE COURT

The attached check in the amount of $23,244.68 represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347. The name(s) and address(es) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| **CREDITOR NAME** | **CLAIM NO.** | **AMOUNT OF DIVIDEND** |
|---|---|---|
| JASON BERRY<br>13155 NOEL RD STE. 1750<br>DALLAS, TX 75024 | 22 | $23,244.68 |

**TOTAL     $23,244.68**

Dated: <u>January 26, 2023</u>

/s/ Donald F. King, Trustee
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
(703) 218-2100
donking@ofplaw.com